428 A.2d 252

Kapsal, Appellant v. Steel Valley School Dist. et al.

Argued April 15, 1980.
Arnold M. Friedman, for appellant; Herbert B. Conner, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is hereby affirmed.